Dismissed and Memorandum Opinion filed December 28, 2006








Dismissed
and Memorandum Opinion filed December 28, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01093-CR

____________

 

RONNIE JOHNSON, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
177th District Court

Harris County, Texas

Trial Court Cause No. 1061333

 



 

M E M O R A N D U M   O P I N I O N

Appellant
entered a guilty plea to sexual assault of a child.  In accordance with the
terms of a plea bargain agreement with the State, the trial court sentenced
appellant on November 2, 2006, to confinement for three years in the
Institutional Division of the Texas Department of Criminal Justice.  Appellant
filed a pro se notice of appeal.  We dismiss the appeal.  








The
trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, the defendant has no right of
appeal, and the defendant waived any right to appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial
court=s certification is included in the
record on appeal.  See Tex. R.
App. P. 25.2(d).  The record supports the trial court=s certification.  See Dears v.
State, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly,
we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed
December 28, 2006.

Panel consists of Chief Justice Hedges and Justices
Fowler and Edelman.

Do Not Publish C Tex. R. App. P.
47.2(b).